UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

===================================
:
**MARK MAGAZU,**                              :
:
      **Plaintiff,**                       :
:
      v.                                    :    Civil Action No. _____
:
**CHILENO BAY FAMILY OFFICE, LLC,**          :
**BELPOINTE ASSET MANAGEMENT, LLC,**         :
**and SHELDON DYCK,**                         :
:
      **Defendants.**                      :
:
===================================

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

TO:    Chief Justice and Judges of the
        United States District Court
        For the District of New Jersey

    1.    The Defendant, Belpointe Asset Management, LLC ("Belpointe"), hereby files this Notice of Removal of the above-captioned action from the Superior Court of the State of New Jersey, County of Gloucester, Docket No. GLO-l-774-23. Copies of the Summons, dated July 12, 2023, and Complaint are annexed hereto as **Exhibit A**. Service of the Summons and Complaint were made upon the registered agent of Defendant Belpointe on July 13, 2023, and upon the registered agent of Defendant Chileno Bay Family Office, LLC ("Chileno") on July 13, 2023. Therefore this Notice of Removal is properly filed within thirty (30) days after notice of the filing of the Complaint.. *See Samuel-Bassett v. Kia Motors America, Inc.,* 357 F.3d 392 (3d Cir. 2004).

    2.    The parties are of diverse citizenship.

    a) The Plaintiff, Mark Magazu, is an adult individual residing at 396 Kings Highway, Woolwich Twp, New Jersey 08085.

    b) The Defendant, Belpointe Asset Management, LLC, is a limited liability company organized under the laws of the State of Connecticut, with its principal place of business located at 255 Glenville Road, Greenwich, CT 06831.

    c) The Members of Belpointe are: 1) Gregory Skidmore, who is an adult individual residing in Reno, Nevada; and 2) Brandon Lacoff, who is an adult individual residing in Greenwich, Connecticut.

    d) The Defendant, Chileno Bay Family Office, LLC, is a limited liability company organized under the laws of the State of Delaware, with a principal place of business located at 930 Tahoe Boulevard, Incline Village, NV 89451

    e) The Defendant, Sheldon Dyck is the sole Member of Chileno, and is an adult individual residing in Cabo San Lucas, Mexico.

3. In the Complaint, the Plaintiff is alleging, *inter alia*, a breach of contract, alleged failure to pay wages, and related claims. Based upon the Plaintiff's allegations, the Defendant states that the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

4. As of this date, the Defendants have not filed any documents in the Superior Court.

5. This Notice of Removal is being filed in the United States District Court for the District of New Jersey, the District Court of the United States for the district and division within which the state court action is pending, as required by 28 U.S.C. §§ 1446(a) and 1441(a).

6. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be sent to Plaintiff's counsel, and a copy of the Notice of Removal will be filed with

the Clerk of the Superior Court of the State of New Jersey, in the form attached hereto as **Exhibit B**.

    7.    This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

Dated: August 11, 2023          Respectfully submitted,

                    ZARWIN, BAUM, DeVITO,
                    KAPLAN, SCHAER &TODDY, P.C.

                    /s/Scott Zlotnick
                    Scott Zlotnick, Esquire
                    Attorney ID#: 324692020
                    David F. McComb, Esq. *(pro hac vice anticipated)*
                    One Commerce Square
                    2005 Market Street, 16th Floor
                    Philadelphia, PA 19103-3638
                    Telephone: 215.569.2800
                    Facsimile: 215.569.1606
                    Email: szlotnick@zarwin.com
                    Attorneys for Defendant, Belpointe Asset
                    Management, LLC

DEFENDANTS, Chileno Bay Family, Office, LLC
and Sheldon Dyck

Philip M. Giordano, Esq. *(pro hac vice anticipated)*
Thomas A. Bockhorst, Esq. *(pro hac vice anticipated)*
Giordano & Company, P.C.
REED & GIORDANO, P.A.
One McKinley Square, 6th Floor
Boston, Massachusetts 02109-2724
Telephone: (617) 723-7755
Facsimile: (617) 723-7756
Email: pgiordano@reedgiordano.com
Email: tbockhorst@reedgiordano.com

## CERTIFICATE OF SERVICE

I, Scott Zlotnick, Esq., to hereby certify that on this 11th day of August, 2023, I caused to be served a true copy of the above filing, by email and by first class mail, postage prepaid, to the counsel of record for the Plaintiff, Mark Magazu, as follows:

Dante B. Parenti, Esq.
HOFFMAN DiMUZIO
1739-1753 Delsea Drive
Franklinville, New Jersey 08322
Telephone: 856-694-0306
Email: dparenti@hoffmandimuzio.com

              */s/Scott Zlotnick*
              Scott Zlotnick